UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ROBERT KESLING,

        Defendant.

CASE NO. CR05-173JLR

ORDER

      THIS MATTER HAVING COME on/or before the undersigned Judge, upon the application of the Defendant in this matter for an order continuing the pretrial motions deadline, and the court having considered the records and files herein.

      THE COURT HAVING FOUND that requiring Defendant's counsel to meet the current motions cutoff date would deny counsel a reasonable time necessary for effective preparation, taking into consideration the exercise of due diligence, and that continuing the date for pretrial motions on the ground that the "ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161 (h)(8)(A), (B)(ii) and (B)(iv).

      IT IS HEREBY ORDERED that the pretrial motions deadline in this matter is continued from May 31st, 2005, to June 30, 2005.

ORDER – 1

1  Dated this 2nd day of June, 2005.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER – 2