UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-173RSM |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | ORDER OF CONTINUANCE |
| ) | |
| ) | |
| ROBERT KESLING, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    In consideration of the parties' joint motion for continuance, and observing that no prior trial continuances in this matter have been sought, the Court finds and rules as follows: This Court finds as facts those facts set forth in the above motion to extend the pre-trial motion cut-off date and the trial date submitted on behalf of all parties.  For the reasons set forth, the motion is GRANTED.  The pre-trial motion cut-off date shall be September 15, 2005.  Further, the Court finds that given the nature and seriousness of the charges in this case, the abundant discovery to be had, and the need by defense counsel and the defendant herein to fully review the evidence, and conduct adequate investigation, the failure to grant the requested trial continuance would unreasonably deny the defendant effective assistance of counsel and, despite due diligence by all parties, result in a miscarriage of justice.  Further, the Court finds that given the complexity of the evidence, the duration and extent of the alleged conspiracy, the number of the alleged participants, and the volume of recordings and documentary evidence in this case, it is unreasonable to expect either the government or defense counsel to be prepared to go to trial within the time allotted.

ORDER TO CONTINUE TRIAL/KESLING - 1
CR05-173M

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

The Court further finds, for the reasons set forth above, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

The new motion cut-off date shall be September 15, 2005.  The new trial date shall be November 7, 2005.  The time from the filing of this motion for continuance, through the new trial date shall be, and is, excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (B)(i)(ii) and (iv).

DATED this __5__ day of July, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s Ronald J. Friedman
RONALD J. FRIEDMAN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-1779
Fax: (206) 553-4440
E-mail: ronald.friedman@usdoj.gov


/s Robert S. Huff per written consent on Joint Motion
ROBERT S. HUFF
Attorney for Defendant ROBERT KESLING

ORDER TO CONTINUE TRIAL/KESLING - 2
CR05-173M