Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT KESLING,<br><br>    Defendant. | NO. CR05-173RSM<br><br>ORDER PERMITTING DESTRUCTION OF DRUG EVIDENCE |

## ORDER

For the reasons set forth in the Government's motion, it is HEREBY ORDERED that certain drug evidence, described as approximately 149 kilograms of cocaine (seizure number 2005300400009601), and 488 pounds of marijuana (seizure numbers 2005300100009701 and 2005300100009901) may be destroyed by the Bureau of Immigration and Customs Enforcement, consistent with their authority and administrative regulation, with the understanding that samples of the drug which have been submitted to the DEA laboratory for analysis shall be preserved in accordance with administrative regulation.

DATED this 9th day of December, 2005

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Proposed Order to PERMIT Destruction of Evidence
CR05-173RSM

1

UNITED STATES ATTORNEY
U.S. COURTHOUSE
7TH & STEWART
SEATTLE, WASHINGTON 98103
(206) 553-7970