
AUG 14 2006

Date: August 9, 2006

United States District Court
Lobby Level
700 Stewart
Seattle, WA 98101-1271

To Whom It May Concern:

Re: Robert V. Kasling
Case #: CR05-173RSM
Property: 2005 Dodge Ram Quad 1500
VIN: 1D7HU18065S144268

Alaska USA Federal Credit Union is the lien holder of record for the above referenced personal property which is being held by your agency as evidence. As such, the credit union is requesting that you release this personal property only to an authorized representative of the credit union after you have completed your investigation, and the property is available for release.

Our member, who is also the registered owner of this property, previously signed an agreement authorizing the credit union to take possession of this property as it relates to these circumstances. When the property is no longer needed as evidence in your case, please contact the credit union at the telephone numbers below, and we will arrange to take possession of the property. For your records, the credit union is providing a copy of the motor vehicle title or other recording device showing the credit union's lien interest.

Should you have any questions or concerns regarding this matter, or if you are unable to comply with the credit union's request, please contact me in Anchorage at (907) 786-2048 or outside Anchorage toll free at 1-800-992-2810, 9:00 a.m. to 6:00 p.m. Alaska Time, Monday through Friday. You may also contact me by facsimile at (907) 929-6886 or email at specialcredits@alaskausa.org.

Sincerely,

Kathleen King
Senior Special Credits Control Officer

Cc: Richard E. Cohen

05-CR-00173-DSGNTN

P.O. Box 196613 • Anchorage, Alaska 99519-6613
Phone (907) 563-4567 • (800) 525-9094 outside Anchorage • (800) 742-7084 TTY/Hearing Impaired • www.alaskausa.org

STATE OF WASHINGTON

VEHICLE CERTIFICATE OF OWNERSHIP (TITLE)

CERTIFICATE NUMBER

[illegible]

| LICENSE NUMBER | VEHICLE IDENTIFICATION NUMBER (VIN) | YEAR | MAKE | MODEL | STYLE | BODY |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | DODGE | [illegible] | [illegible] | [illegible] |

DATE [illegible] METER STATUS ACTUAL

| USE CLASS | SCALE WEIGHT | GROSS WEIGHT | VEHICLE COLOR | [illegible] | [illegible] |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

COMMENTS [illegible]

BRANDS [illegible]

VOID

VOID

LEGAL OWNER: [illegible] Auditor or Agent with proper fee. Failure to properly release and transfer [illegible]

LEGAL OWNER [illegible]

ALASKA [illegible]
PO BOX [illegible]
ANCHORAGE AK [illegible]

[illegible]
[illegible]
SEATTLE WA [illegible]

SIGNATURE OF LEGAL OWNER HEREBY RELEASES ALL INTEREST IN VEHICLE AS DESCRIBED ABOVE — DATE

SIGNATURE OF REGISTERED OWNER(S) HEREBY RELEASES ALL INTEREST IN VEHICLE AS DESCRIBED ABOVE — DATE

SIGNATURE OF LEGAL OWNER HEREBY RELEASES ALL INTEREST IN VEHICLE AS DESCRIBED ABOVE — DATE

SIGNATURE OF REGISTERED OWNER(S) HEREBY RELEASES ALL INTEREST IN VEHICLE AS DESCRIBED ABOVE — DATE

[illegible] DEPARTMENT OF LICENSING [illegible]

[illegible]

ODOMETER READING [illegible]

NO TENTHS

1. [illegible] ACTUAL MILEAGE [illegible]
2. [illegible] MECHANICAL LIMITS
3. [illegible] NOT THE ACTUAL MILEAGE

[illegible]

TRANSFEREE / BUYER [illegible]

Date of Transfer

SIGNATURE OF TRANSFEREE / BUYER

SIGNATURE OF TRANSFEROR / SELLER

PRINTED NAME OF TRANSFEREE / BUYER

PRINTED NAME OF TRANSFEROR / SELLER

ADDRESS OF TRANSFEREE / BUYER

ADDRESS OF TRANSFEROR / SELLER

ASSIGNMENT BY REGISTERED OWNER

FEDERAL REGULATION AND STATE LAW REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE ODOMETER STATEMENT OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

KEEP IN A SAFE PLACE

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

If you are the buyer, you must apply for a new Certificate of Ownership (title) within 15 calendar days of acquiring the vehicle. [illegible] an application for Certificate of Ownership. [illegible]

JAN 22 04 -

# RETAIL INSTALLMENT SALES CONTRACT 1181524 -1 DATE [illegible]

Buyer/Co-Buyer (Name and Address): [illegible]

Creditor/Seller (Name and Address): [illegible]

[illegible]

PROPERTY BEING PURCHASED [illegible]

| [illegible] | Year and Make | Model | [illegible] | Identification Number | Use For Which Purchased |
|---|---|---|---|---|---|
| [illegible] | [illegible] DODGE TRUCK | [illegible] | [illegible] | [illegible] | ☐ [illegible] ☐ Agricultural ☐ Commercial |

Trade-in: [illegible] Year and Make $ [illegible] Gross Allowance $ [illegible]

ITEMIZATION OF AMOUNT FINANCED

1. Cash Sale Price $ [illegible] (1)
2. Down Payment(s)
   - Rebates Assigned to Creditor-Seller $ [illegible]
   - Cash Down Payment $ N/A
   - Gross Allowance of Trade-in $ [illegible]
   - Other N/A $ N/A
   - Total Down Payment(s) $ [illegible] (2)
3. Unpaid Balance of Cash Sale Price (1 minus 2) $ [illegible] (3)
4. Amounts paid on your behalf (Seller may be retaining a portion of these amounts.)
   - To Insurance Companies for:
   - Credit Life Insurance Term N/A $ N/A
   - Credit Disability Insurance Term N/A $ N/A
   - Other Insurance Term N/A $ N/A
   - Total Insurance $ N/A (4)
5. To public officials:
   - (a) License fee $ [illegible]
   - (b) Title fee $ [illegible]
   - (c) Filing fee $ [illegible]
   - (d) Sales Tax $ [illegible]
   - (e) Other $ N/A
   - (f) Total Amount to Public Officials $ [illegible] (5)
6. Trade-in Payoff $ N/A (6)
7. Other Charges:
   - To N/A For [illegible] $ N/A
   - To N/A For N/A $ N/A
   - To [illegible] For [illegible] $ [illegible]
   - To N/A For N/A $ N/A
   - To N/A For N/A $ N/A
   - To N/A For N/A $ N/A
   - To N/A For N/A $ N/A
   - To N/A For N/A $ N/A
   - Total Other Charges $ [illegible] (7)
8. Principal Balance/Amount Financed (the sum of items 3,4,5,6 and 7 above) $ [illegible] (8)

FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf | The amount you will have paid when you have made all scheduled payments | The total cost of your purchase on credit, including your down payment of $ [illegible] |
| 7.[illegible] % | $ [illegible] | $ [illegible] | $ [illegible] | $ [illegible] |

Payment Schedule: Number of Amount of When Payments

INSURANCE

INSURANCE ON THE GOODS OR PROPERTY BEING PURCHASED MAY BE OBTAINED FROM A PERSON OF YOUR CHOICE.

THE INSURANCE COVERAGE ORDERED UNDER THE TERMS OF THIS CONTRACT DOES NOT INCLUDE "BODILY INJURY LIABILITY," "PUBLIC LIABILITY," AND "PROPERTY DAMAGE LIABILITY COVERAGE."

CREDIT LIFE, CREDIT DISABILITY AND OTHER OPTIONAL INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE PREMIUM.

Credit Life N/A Insurer N/A Term

$ N/A Premium N/A Insured

Signature(s)

Credit Disability N/A Insurer N/A Term

$ N/A Premium N/A Insured

Signature

N/A Insurance Type N/A Insured

N/A Insurer N/A Term

[illegible] "you" and "your" [illegible] to the Buyer (and Co-Buyer, if any). "Creditor" refers to the Seller [illegible] "Seller" and "Creditor" includes the party, if any, to wh[illegible] the contract is assigned. "Collateral" refers to the goods or Property [illegible] Purchased under the contract.

**Promise to Pay:** You promise to pay [illegible] to the Creditor at the indicated times:

— The amount financed under this contract together with finance charges on the unpaid balance from the date the contract is signed until it is fully paid. The finance charges will be in the form of simple interest and will be calculated daily based on the contract interest rate. You agree to pay the amount financed and interest in the installments shown in the Payment Schedule. Each installment will be applied first to any late charges due, then to accrued interest and the remainder to principal.

— All other amounts which become payable to the Creditor under this contract, including amounts due because of your failure to keep your contract promises. When the last installment is due, all other amounts owing on the contract will also be due.

**Simple Interest Contract:** This is a simple interest contract. Finance Charge, Total of Payments and Payment Schedule were determined, as permitted by federal [illegible] law, assuming certain important factors. Because of this, even if all of your payments are made exactly on time, the Annual Percentage Rate, Finance Charge, and Total of Payments and Total Sale Price for this contract are likely to differ from the amounts shown. The actual amount will also depend upon whether you make your payments on time. Early payments will have the effect of reducing your final payment, while late payments will cause it to be higher.

**Prepayment:** You may prepay any portion or all of the indebtedness under this contract at any time. The Creditor may demand that you prepay the contract in full as provided by the "Default" section.

— If you prepay a portion of the indebtedness, the amount paid will be credited first to any late charge due, then to any accrued interest and the remainder to principal. Unless you advise the Creditor in writing, the Creditor will assume that you want to skip your next regular installments to the extent they have been covered by the prepayment. You understand, however, that interest will accrue as usual on the remaining principal balance.

**Security:** As security for your obligations under this contract, including any extensions, renewals or modifications of the contract, you grant to the Creditor a security interest in: (1) the Collateral and all equipment, accessories and parts now or in the future installed in or attached to it, or proceeds of such property, and (2) the proceeds and, if included in or added to the Amount Financed, the unearned premiums of any insurance or service contract obtained in connection with the purchase of the Collateral. This contract is secured by any funds you have on deposit, now or [illegible], with the Creditor. The Collateral for this contract secures other obligations you give now or later to the Creditor, and, as permitted by law, other collateral the Creditor [illegible] now or later obtains, secures this contract. This cross-collateral statement does not cover or extend to any real property, collateral used as your dwelling, or household goods.

**Your Other Promises:** You promise:

— To maintain the Collateral in good condition and repair, except for wear and tear caused by ordinary use, and to permit the Creditor to inspect the Collateral at any reasonable time.

— To notify the Creditor in writing of any change in your address or the address where the Collateral will be regularly [illegible].

— To obtain the Creditor's written consent before [illegible] the

[illegible] contract proves to be false [illegible] Creditor reasonably believes that the [illegible] under this contract are in jeopardy, at the Creditor's option and without any demand or notice to you, the Creditor may find you are in default and do any one or more of the following:

— Take any reasonable measures intended to remedy the default or to prevent or reduce any loss to the Creditor. For example, if you fail to maintain the required collateral insurance or to deliver such policies or other acceptable [illegible] to the Creditor, the Creditor will have the option to purchase insurance on your behalf. You understand that any insurance the Creditor chooses to purchase will cover only the Creditor's interest in the Collateral and will not provide any coverage for you. In addition, you understand that the insurance premiums may be higher if the Creditor must purchase the insurance or take other steps than might be the case if you had purchased the insurance or taken the action yourself. Your contract would still be considered to be in default even after the exercise of such discretion. Any amounts spent or costs incurred by the Creditor will bear interest from the date they are incurred at the contract interest rate. Additionally, your required payment may be increased by an amount sufficient to repay any insurance policy added to the contract, plus interest, over the term of the policy.

— Declare all amounts you owe the Creditor under this contract immediately due and payable.

— Foreclose on the Creditor's security interests as permitted by law. For example, the Creditor can repossess the Collateral, dispose of it and credit the disposition proceeds first to the Creditor's reasonable expenses for repossessing, transporting, storing, repairing, reconditioning and disposing of the Collateral and then to the payment of your contract obligation, including any amounts spent or costs incurred by the Creditor under this contract. In addition, the Creditor may cancel or convey any insurance policy or service contract obtained in connection with the purchase of the Collateral and apply the proceeds to your obligations. If the net proceeds of a sale or other disposition are less than what you owe the Creditor, you promise to pay the Creditor the difference upon demand, together with interest at the contract interest rate.

— Collect from you, as permitted by law, all collection costs (including the expense for [illegible] the Collateral) and legal expenses, such as attorney's fees, the Creditor incurs in exercising its rights and remedies.

— Pursue any other right or remedy available to the Creditor under the law.

**Property Found in Repossessed Collateral:** The Creditor will not be responsible for any personal property found in repossessed Collateral. The Creditor may store at your expense any personal property found in the Collateral at the time of repossession. In the event you do not claim such personal property found in the Collateral within [illegible] days after repossession, the Creditor may dispose of it without notice to you in any manner the Creditor deems appropriate.

**Waiver of Certain Rights:** The Creditor may delay or waive enforcement of any of the provisions of this contract, including your agreement to make timely payments, without losing its right to enforce the same provision later or any other provisions of the contract. You waive the right to receive notice of any waiver or delay of presentment, demand, protest [illegible] notice [illegible] applicable statute of limitations to the full extent permitted by law or any right you [illegible]