Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR05-173RSM |
| Plaintiff, ) | |
| ) | ORDER GRANTING GOVERNMENT'S |
| v. ) | MOTION TO CONDUCT DISCOVERY |
| ) | PURSUANT TO FEDERAL RULE OF |
| ROBERT V. KESLING, ) | CRIMINAL PROCEDURE 32.2 AND |
| ) | SETTING DATE FOR HEARING ON |
| Defendant, ) | PETITION OF KUPALA TARA |
| ) | |
| KUPALA TARA, ) | |
| ) | |
| Third-Party Claimant. ) | |
| ) | |

This matter having come before the Court on the Motion of the United States requesting this Court for authorization to conduct discovery, and to set an ancillary hearing date for January, 2008, or a date thereafter, and the Court having considered the representations of counsel and the files and records herein, it is hereby

ORDERED that, pursuant to Rule 32.2, Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(m), the United States and the petitioner may conduct discovery pursuant to the Federal Rules of Civil Procedure.

\\
\\
\\
\\

ORDER GRANTING GOVERNMENT'S MOTION TO CONDUCT
DISCOVERY PURSUANT TO FED.R.CRIM.P. 32.2
U.S. v. ROBERT V. KESLING, et al., Case No.: CR05-173RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1   IT IS FURTHER ORDERED that an ancillary hearing will be set for the
2   __22__ day of __January__, 2008 at __10:00am__, to litigate the petition of Kupala Tara.
3   DATED this __28__ day of __August__, 2007.

4

5

6   RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE

7   Presented by:

8

9   __/s/ Richard E. Cohen__
    RICHARD E. COHEN
10  Assistant United States Attorney
    700 Stewart Street, Suite 5220
11  Seattle, Washington 98101-1271
    206-553-2242
12  206-553-6934 (fax)
    Richard.E.Cohen@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING GOVERNMENT'S MOTION TO CONDUCT
DISCOVERY PURSUANT TO FED.R.CRIM.P. 32.2
U.S. v. ROBERT V. KESLING, et al., Case No.: CR05-173RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970